429 A.2d 80

Hall v. Penn Hospital et al.

Appeal of Richard Wolf GMBH.

Appeal of WISAP GMBH.

 Argued December 3, 1979. John J. Barrett, Jr., for appellants; Judith Reat, for appellees.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

* Judge Vincent A. Cirillo of the Court of Common Pleas, Montgomery County, Pennsylvania is sitting by designation.

The orders of the lower court are affirmed on the opinions of

BLAKE, J. (Appeal of Richard Wolf GmbH) and TAKIFF, J. (Appeal of WISAP GmbH).